# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cr-00382-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DENISE KESER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the 2nd Notice of Violation of Special Order 109 (#14) on June 6, 2012 addressed to Plaintiff's counsel Michael Bresnick. Section 1.B. of the Courts' Electronic Filing Procedures (enacted pursuant to Special Order 109) states, in part, "Attorneys who are admitted to the bar of this court, admitted to participate in a case pro hac vice, or who are authorized to represent the United States and its agencies, shall register as Filing Users of the System". To date, Mr. Bresnick has not complied. Accordingly,

**IT IS ORDERED** that Mr. Bresnick shall register with CM/ECF and a "Notice of Compliance with Special Order 109" shall be completed and filed no later than five (5) days from the date of this Order. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 7th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge